No. 1247, Misc. STEWART v. JANES. Ct. Civ. App. Tex., 7th Sup. Jud. Dist. Certiorari denied. Petitioner *pro se. William L. Kerr* for respondent.

No. 1215, Misc. SIWECKI v. KAISER JEEP CORP. Sup. Ct. Ohio. Certiorari denied. Petitioner *pro se. Robert L. Maier* for respondent.

No. 1236, Misc. DIXON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1243, Misc. GOHLKE v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1248, Misc. WASHINGTON v. RECORDER'S COURT JUDGE. Sup. Ct. Mich. Certiorari denied.

No. 1259, Misc. NAFE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1262, Misc. WHITE v. WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 1265, Misc. OWENSBY v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1303, Misc. ELLIS, ADMINISTRATOR v. STONEWALL PROPERTIES, INC. Sup. Ct. App. Va. Certiorari denied.

No. 1221, Misc. THOMAS v. PATE, WARDEN. C. A. 7th Cir. Petition for writ of certiorari is denied as untimely. *Thomas B. McNeill* for petitioner.